**FILED**

APR 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

# SEALED

| | |
|---|---|
| IN RE: APPLICATION TO FILE ) <br> AFFIDAVIT IN SUPPORT OF ) <br> SEARCH WARRANT IN CAMERA AND ) <br> UNDER SEAL ) <br> _____ ) | No. 2:08 - MJ - 0126 DAD <br><br> [Proposed] SEALING ORDER |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the criminal complaint, the arrest warrant, the affidavit, as well as the sealing memorandum and this order shall be filed with this Court in camera and under seal and shall not be disclosed to any person until the defendant is arrested, absent further order by the Court.

Date: 4/8/07

_(signature)_

HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE