FILED
April 9, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 08-0126 DAD
       Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JENNIFER MILLER, )
)
       Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JENNIFER MILLER, Case No. MAG. 08-0126 DAD, Charge Title 18 USC §§ 1349, 1344, 1028A (a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    X   Bail Posted in the Sum of $ 25,000.00

        X   Unsecured Appearance Bond *co-signed by defendant's husband by April 18, 2008*

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        X   (Other) *Pretrial Services Supervision of conditions of release.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 9, 2008 at 3:07 pm.

By _____
Dale A. Drozd
United States Magistrate Judge