1  McGREGOR W. SCOTT
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748

**FILED**

APR 2 4 2008


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                      )   CR. NO. 2:08-MJ-0126 DAD
Jennifer Miller             )
110 Doreen Ct.              )   Application For Order Unsealing
Vallejo, CA 94589           )   the Application and Affidavit in
                            )   Support of Criminal Complaint;
                            )   [~~Proposed~~] Order
_____)

TO THE HONORABLE DALE A. DROZD, UNITED STATES MAGISTRATE JUDGE:

COME NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On April 8, 2008, the Honorable United States Magistrate Judge Dale A. Drozd issued an order in the above-referenced case sealing the criminal complaint, the arrest warrant, the affidavit, as well as the memorandum and proposed order.

2. The terms of the sealing order were that the aforementioned documents remain under seal until the defendant was arrested.

3. On or about April 9, 2008, federal agents arrested the

1

defendant and transported her to Sacramento for her initial appearance on the criminal complaint. So, by the terms of the order, the documents are no longer under seal.

THEREFORE, your petitioner prays that the Court order the clerk's office to unseal them and make them part of the public record.

Dated: April 24, 2008             Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  U.S. ATTORNEY

                            by:   _____
                                  RUSSELL L. CARLBERG
                                  Assistant U.S. Attorney

## AND [PROPOSED] ORDER

THE COURT HEREBY ORDERS that the criminal complaint, the arrest warrant, the affidavit, as well as the memorandum and proposed order in case No. 2:08-MJ-0126 DAD be unsealed and made part of the public record.

DATED: 4/24/08

_____
HON. DALE A. DROZD
United States Magistrate Judge